**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>In re:</td><td>:</td><td rowspan="6">Case No. 21-10298 (JLG)<br><br>Chapter 15</td></tr>
<tr><td></td><td>:</td></tr>
<tr><td>Comair Limited (in Liquidation)</td><td>:</td></tr>
<tr><td></td><td>:</td></tr>
<tr><td>Debtor in a Foreign Proceeding.[1]</td><td>:</td></tr>
<tr><td></td><td>:</td></tr>
</table>

**MOTION TO CLOSE CASE PURSUANT TO**
**SECTIONS 350 AND 1517(d) OF THE BANKRUPTCY CODE AND**
**FINAL REPORT PURSUANT TO BANKRUPTCY RULE 5009(c)**

TO THE HONORABLE JAMES L. GARRITY, JR.
UNITED STATES BANKRUPTCY JUDGE:

  The duly appointed liquidators of Comair Limited (in Liquidation) (the "**Debtor**"), Neil David Button, Kgashane Christopher Monyela, Tracy Anne Cameron, Ahmed Carim and Buhle Jeffrey Eric Buthelezi, the duly appointed liquidators (collectively, the "**Liquidators**"), in their capacities as foreign representatives (the "**Foreign Representatives**") in the above-captioned chapter 15 cases, by and through its counsel of record, Pillsbury Winthrop Shaw Pittman LLP, respectfully submits Motion (the "**Motion**") pursuant to Sections 350 and 1517(d) of title 11 of the United States Code (the "**Bankruptcy Code**"), to close this Chapter 15 Case, and respectfully represents as follows:

**FINAL REPORT**

## I. BACKGROUND

  1. On January 21, 2026, the Foreign Representatives filed a final report [Docket no. 117] (the "**Final Report**")[2] indicating that there is no longer any need for the Chapter 15 case as

---

[1] The Debtor's company registration number is 1967/006783/06. The Debtor's registered business address is 2-4 Fortress Road, Rhodesfield, Kempton Park, Gauteng c/o Stowell & Co., P.O. Box 33, Pietermaritzburg, 3200 South Africa.

[2] Defined terms utilized herein, but not defined herein, shall have the meaning ascribed to them in the Final Report.

all litigation in the United States has been resolved, and all monetary assets, other than the

remaining retainer held by U.S. counsel to the Foreign Representatives, has been transferred to

the Liquidators for further distribution in the South African main proceeding.

2.      Comair is not a party to any other litigation in the United States.

3.      Comair has no additional assets in the United States to be administered.

Therefore, it is not anticipated that further relief from this Court will be necessary.

## JURISDICTION AND VENUE

4.      This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157

and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before

this Court pursuant to 28 U.S.C. §§ 1410.

## RELIEF REQUESTED

5.      The Foreign Representative seeks entry of an order, substantially in the form

attached hereto as Exhibit A (the "**Closing Order**"), finding that the Case has been fully

administered and closing it, subject to possible reopening in accordance with section 350(b) of

the Bankruptcy Code. The Foreign Representative respectfully submits that such relief is

available pursuant to sections 350 and 1517(d) of the Bankruptcy Code. The Foreign

Representative further requests that this Court retain jurisdiction to adjudicate any disputes that

may arise with respect to the enforcement, amendment or modification of, or requests for any

additional relief in connection with or from, any orders granted in this.

## BASIS FOR RELIEF REQUESTED

6.      Chapter 15 of the Bankruptcy Code provides that "[a] case under this chapter may

be closed in the manner prescribed under section 350." 11 U.S.C. § 1517(d). Pursuant to section

350, a case may be closed "[a]fter an estate is fully administered." *Id.* § 350(a).

7.      Relatedly, a foreign representative in a recognized foreign proceeding must file a final report, transmit it to the United States trustee, and "give notice of its filing to the debtor, all persons or bodies authorized to administer foreign proceedings of the debtor, all parties to litigation pending in the United States in which the debtor was a party at the time of the filing of the petition, and such other entities as the court may direct." Fed. R. Bankr. P. 5009(c). The final report must "describe the nature and results of the representative's activities in the court. If no objection has been filed by the United States trustee or a party in interest within 30 days after the certificate is filed, there shall be a presumption that the case has been fully administered." *Id*.

8.      As set forth in the Final Report previously filed by the Foreign Representatives, the transactions contemplated by the Settlement Agreement have been completed. The Final Report complies with Bankruptcy Rule 5009(c), has been filed herewith and will be served by first class mail, postage prepaid, to (a) Comair, (b) Boeing, (c) the Office of the United States Trustee, Region 2, (d) all parties in litigation with Comair in the United States as of the Petition Date, of which there are none, and (e) all parties who have requested notice in this Case. The Foreign Representative submits that no other or further notice need be provided, and that, if no objection has been filed by the United States Trustee or a party in interest in the Case within thirty days after the certificate of service of the Final Report has been filed, then the Court should presume that the Case has been "fully administered," Fed. R. Bankr. P. 5009(c), and may be closed.

9.      Aside from the requests for relief herein, there is no outstanding request for relief pending in the Case.

10.    For the reasons set forth above, the Foreign Representative respectfully submits that all of the requirements of section 1517(d) of the Bankruptcy Code and Bankruptcy Rule 5009(c) have been satisfied and, thus, that the entry of an order closing this Case is proper.

Dated:    January 27, 2026          **PILLSBURY WINTHROP SHAW PITTMAN LLP**
New York, New York

/s/ *John A. Pintarelli*
John A. Pintarelli
31 West 52nd Street
New York, NY 10019
Telephone: 212-858-1000
Facsimile: 212-858-1500
Email: john.pintarelli@pillsburylaw.com

*Attorneys for the Foreign Representatives*